STATE of Missouri, Respondent,

v.

**Douglas NEARY, Appellant.**

**No. WD 34400.**

Missouri Court of Appeals,
Western District.

Sept. 6, 1983.

Lee M. Nation, Michael E. Curley, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of First Degree Murder and Assault in the First Degree.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Roosevelt MARTIN, Appellant.**

**No. WD 34070.**

Missouri Court of Appeals,
Western District.

Sept. 6, 1983.

James W. Fletcher, Public Defender, Anne Hall, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for kidnapping in violation of § 565.-110, RSMo 1978, and forcible rape in violation of § 556.030.1, RSMo Supp.1982. Sentence was imposed pursuant to § 558.018, RSMo Supp.1982.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).